IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )    | |
|                           )     | |
| Plaintiff,          ) | Cr. No. 18-04175 WJ |
|                           )     | |
| vs.                       ) | |
|                           )     | |
| **JAMES CAREY**,          ) | |
|                           )     | |
| Defendant.         ) | |

### **RESTITUTION ORDER**

THIS MATTER comes before the Court following the United States unopposed Motion for Entry of Restitution Order. Doc. 60. Defendant appeared for sentencing on September 16, 2019. As part of Defendant's sentence, restitution is mandatory pursuant to 18 U.S.C. § 2259. The United States requests restitution in the amount of $29,460.80 for Jane Doe 1, in order to cover therapy costs and lost wages for Jane Doe 1's mother as a result of the offense. The United States further requests restitution in the amount of $26,000 for Jane Doe 2, in order to cover therapy costs. The total restitution order requested is $55,460.80. The Court, being fully advised in the premises, and noting that Defendant is not opposed, hereby enters the following restitution order:

IT IS ORDERED, that Defendant shall pay restitution in the amount of $29,460.80 to Jane Doe 1, and $26,000 to Jane Doe 2, for a total restitution order of $55,460.80.

IT IS FURTHER ORDERED that restitution is payable to the United States District Court Clerk upon commencement of supervised release.  The Court waives interest and orders that restitution payments shall be made in the amount of $200.00 per month, or 10% of Defendant's monthly income (including military benefit and pension income), whichever is greater.

THE HONORABLE WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

SUBMITTED BY:

SARAH J. MEASE
Assistant United States Attorney

APPROVED BY:

JOE M. ROMERO, JR.
Attorney for Defendant