# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                   **NO. 1:18-cr-04175-WJ**

JAMES CAREY,

    *Defendant.*

## NOTICE OF PUBLICATION

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on April 8, 2020 as evidenced by the attached Declaration of Publication.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed June 9, 2020*
    STEPHEN R. KOTZ
    Assistant U.S. Attorney
    P.O. Box 607
    ALBUQUERQUE, NM 87103
    (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

    */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney